AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

Western District of Pennsylvania

| United States of America | )  |
|---|---|
| v. | ) |
| | ) Case No.   2:26-cr-00063-3 |
| | ) |
| | ) FID: 11940341 |
| | ) |
| ABRAHAM CHOUDHRY | ) |
| Defendant | ) |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    ABRAHAM CHOUDHRY                                                                ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☐ Complaint

☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 371 CONSPIRACY TO OBSTRUCT THE DUE ADMINISTRATION OF JUSTICE; 18 U.S.C. 1503(a) OBSTRUCTION OF THE DUE ADMINISTRATION OF JUSTICE

**RECEIVED**
**By KKrapp at 11:46 am, Mar 26, 2026**

| Sarah Sewall | Case Administration Supervisor |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| *Sarah Sewall* | 03/25/2026        Pittsburgh |
| Signature of Issuing Officer | Date and Location |

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: 3/30/26 |
| Arresting officer's signature |
| RYAN GANTER SPECIAL AGENT |
| Printed name and title |